IN THE CIRCUIT COURT OF MISSISSIPPI COUNTY, MISSOURI
CIRCUIT CIVIL DIVISION

CHARLOTTE WRIGHT, )
 )
      Plaintiff, )
 )
v. ) Case No.: _____
 )
FAMILY DOLLAR STORES OF )
MISSOURI, LLC, )
 )
      Defendant. )
Registered Agent: )
CSC-Lawyers Incorporating Service Co. )

,

**PETITION FOR DAMAGES**

    Comes now Plaintiff, Charlotte Wright, by counsel, James M. McClellan and for her cause of action against Defendant states:

1. That Plaintiff, Charlotte Wright, is and was a resident of Charleston, Mississippi County, Missouri.

2. That Defendant, Family Dollar Stores of Missouri, LLC, is a business with a business location in Charleston, Mississippi County, Missouri.

3. That Plaintiff went to the Defendant's place of business on or about October 25, 2018.

4. That it was the duty of Defendant to use due care in the operation and maintenance of the premises so that they would not be dangerous to life or limb of persons lawfully entering at the invitation of Defendant.

5. That Defendant disregarded its duty in that regard and did not use due care to see that the premises were free of dangerous conditions. As a result of the dangerous condition consisting of a wet floor as a result of a "leaking fabric softener bottle" and no "wet floor" sign was present; the premises were not reasonably safe.

Electronically Filed - Mississippi - September 02, 2020 - 04:20 PM

6. That without any knowledge of the dangerous and unsafe condition of the wet floor, Plaintiff lawfully entered onto the premises and not being reasonably able to see or know of the condition of the wet floor, was walking in an aisle in said business when she came to wet floor, causing her to fall and as a result of such fall, Plaintiff suffered severe personal injuries.

7. That Defendant knew, or by using ordinary care, could have known of the condition, but failed to use ordinary care to remove it, barricade it and/or warn of it.

8. That Defendant was negligent as follows:
   (a) failed to keep its premises in a safe condition;
   (b) caused a dangerous and hazardous condition to exist;
   (c) did not exercise proper care;
   (d) failed to provide proper warnings;

9. That as a direct and proximate result of the aforesaid occurrence, Plaintiff sustained serious, permanent and progressive bodily injuries as follows: she sustained bruising, contusion, tearing, spraining, straining and disruption of all of the bones, joints, tendons, ligaments, cartilage, muscles and other tissues comprising her body; she has been caused to suffer pain, stiffness and discomfort; she has been caused to suffer a shock to her nerves and entire nervous system and has lost the use, movement and function of the aforesaid parts of her body; she has been caused to suffer and will continue to suffer in the future, pain, anxiety, depression, stress, fear, frustration and humiliation; she has temporarily totally and permanently partially lost the ability to enjoy the ordinary pursuits of life.

10. That said injury was severe and disabling and has been and will in the future cause the Plaintiff to obtain further medical treatment and she has been and she will, in the future, be caused to suffer much pain, loss of sleep and has been and, will in the future, be caused to refrain from her normal pursuits.

WHEREFORE, Plaintiff prays the Court enter a jury determined judgment in a sum determined to be fair and reasonable in excess of the jurisdictional amount, for

costs and expenses incurred herein, and for such other and further relief as the Court may deem just and proper in the premises.

Attorney for Plaintiff

_[signature]_

James M. McClellan        #32209
820A North Main
P.O. Box 825
Sikeston, MO   63801
(573) 471-8300 Telephone
(573)471-1974 Facsimile
jmm-law@swbell.net Email

# IN THE 33RD JUDICIAL CIRCUIT, MISSISSIPPI COUNTY, MISSOURI

| | |
|---|---|
| Judge or Division:<br>DAVID ANDREW DOLAN | Case Number:  20MI-CV00408 |
| Plaintiff/Petitioner:<br>CHARLOTTE E WRIGHT<br><br>                                                           vs. | Plaintiff's/Petitioner's Attorney/Address<br>JAMES MICHAEL MCCLELLAN<br>ATTORNEY AT LAW<br>P O BOX 825<br>SIKESTON, MO  638010790 |
| Defendant/Respondent:<br> FAMILY DOLLAR STORES OF MISSOURI - JEFF CITY | Court Address:<br>P.O. BOX 369<br>CHARLESTON, MO  63834 |
| Nature of Suit:<br>CC Pers Injury-Other | (Date File Stamp) |

## Summons in Civil Case

**The State of Missouri to:**   FAMILY DOLLAR STORES OF MISSOURI - JEFF CITY
                              Alias:
**CSC LAWYERS INC SERVICE CO**
**221 BOLIVAR STREET**
**JEFFERSON CITY, MO  65101**

*COURT SEAL OF*

*MISSISSIPPI COUNTY*

**You are summoned to appear before this court and to file your pleading to the petition, a copy of which is attached, and to serve a copy of your pleading upon the attorney for plaintiff/petitioner at the above address all within 30 days after receiving this summons, exclusive of the day of service. If you fail to file your pleading, judgment by default may be taken against you for the relief demanded in the petition.**

_____9/3/2020_____          _____/S/ DOTTIE MCKENZIE_____
                  Date                                                            Clerk

Further Information:

### Sheriff's or Server's Return

**Note to serving officer**: Summons should be returned to the court within 30 days after the date of issue.
I certify that I have served the above summons by: (check one)
☐ delivering a copy of the summons and a copy of the petition to the defendant/respondent.
☐ leaving a copy of the summons and a copy of the petition at the dwelling place or usual abode of the defendant/respondent with _____, a person of the defendant's/respondent's family over the age of 15 years who permanently resides with the defendant/respondent.
☐ (for service on a corporation) delivering a copy of the summons and a copy of the complaint to:
_____ (name) _____ (title).
☐ other: _____.

Served at _____ (address)

in _____ (County/City of St. Louis), MO, on _____ (date) at _____ (time).

_____      _____
        Printed Name of Sheriff or Server                                    Signature of Sheriff or Server

**Must be sworn before a notary public if not served by an authorized officer:**
                Subscribed and sworn to before me on _____ (date).
*(Seal)*
                My commission expires: _____      _____
                                                                Date                                                            Notary Public

**Sheriff's Fees, if applicable**
Summons                                       $_____
Non Est                                         $_____
Sheriff's Deputy Salary
Supplemental Surcharge        $\_\_\_\_\_10.00_____
Mileage                                         $_____  (_____ miles @ $._____ per mile)
**Total**                                          **$**_____

A copy of the summons and a copy of the petition must be served on **each** defendant/respondent. For methods of service on all classes of suits, see Supreme Court Rule 54.



# IN THE 33RD JUDICIAL CIRCUIT, MISSISSIPPI COUNTY, MISSOURI

| Judge or Division:<br>DAVID ANDREW DOLAN | Case Number: 20MI-CV00408 | RECEIVED<br>SEP 08 2020<br>COLE COUNTY<br>SHERIFF'S OFFICE |
|---|---|---|
| Plaintiff/Petitioner:<br>CHARLOTTE E WRIGHT<br><br>vs. | Plaintiff's/Petitioner's Attorney/Address<br>JAMES MICHAEL MCCLELLAN<br>ATTORNEY AT LAW<br>P O BOX 825<br>SIKESTON, MO 638010790 | |
| Defendant/Respondent:<br>FAMILY DOLLAR STORES OF MISSOURI - JEFF CITY | Court Address:<br>P.O. BOX 369<br>CHARLESTON, MO 63834 | |
| Nature of Suit:<br>CC Pers Injury-Other | | (Date File Stamp) |

## Summons in Civil Case

The State of Missouri to: FAMILY DOLLAR STORES OF MISSOURI - JEFF CITY
Alias:

CSC LAWYERS INC SERVICE CO
221 BOLIVAR STREET
JEFFERSON CITY, MO 65101

**COURT SEAL OF**

**MISSISSIPPI COUNTY**

You are summoned to appear before this court and to file your pleading to the petition, a copy of which is attached, and to serve a copy of your pleading upon the attorney for plaintiff/petitioner at the above address all within 30 days after receiving this summons, exclusive of the day of service. If you fail to file your pleading, judgment by default may be taken against you for the relief demanded in the petition.

_____9/3/2020_____   _____/S/ DOTTIE MCKENZIE_____
Date                                                Clerk

Further Information:

### Sheriff's or Server's Return

Note to serving officer: Summons should be returned to the court within 30 days after the date of issue.
I certify that I have served the above summons by: (check one)
☐ delivering a copy of the summons and a copy of the petition to the defendant/respondent.
☐ leaving a copy of the summons and a copy of the petition at the dwelling place or usual abode of the defendant/respondent with _____, a person of the defendant's/respondent's family over the age of 15 years who permanently resides with the defendant/respondent.
☒ (for service on a corporation) delivering a copy of the summons and a copy of the complaint to:
   CSC Lawyers, S.L. _____ (name) ___designee_____ (title).
☐ other: _____

Served at 350 E. High _____ (address)
in Cole _____ (County/City of St. Louis), MO, on 09.09.2020 (date) at 8:00A (time).

Sheriff John P Wheeler    by    ____Aimee Wray____
Printed Name of Sheriff or Server           Signature of Sheriff or Server

Must be sworn before a notary public if not served by an authorized officer:
Subscribed and sworn to before me on _____ (date).

(Seal)
My commission expires: _____
                                Date                    Notary Public

**FILED**
**SEP 17 2020**
**CIRCUIT COURT**
**MISSISSIPPI COUNTY, MO**

#11752
$30.00

**Sheriff's Fees, if applicable**
Summons            $_____
Non Est              $_____
Sheriff's Deputy Salary
Supplemental Surcharge  $  10.00
Mileage               $_____  (_____ miles @ $_____ per mile)
Total                 $_____

A copy of the summons and a copy of the petition must be served on **each** defendant/respondent. For methods of service on all classes of suits, see Supreme Court Rule 54.